IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTONIO PETERSON, | |
| --- | --- |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 18-1691 |
| JAMES PITTS, | |
| *Defendant.* | |

# ORDER

**AND NOW**, this 14th day of August, 2019, upon consideration of Defendant's Motion for Summary Judgment, (ECF No. 19), it is **ORDERED** that Defendant's Motion is **GRANTED**. Judgment is entered for the Defendant.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.